# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0413. MARY ANN HILL v. AUTOMOBILE ACCEPTANCE CORPORATION.

Mary Ann Hill has filed an application for discretionary review of a trial court order that was entered on May 4, 2021.[1] Hill filed her application on July 13, 2021. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Hill filed her application 70 days after the trial court's order was entered. Accordingly, the application is untimely, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/03/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*

---

[1] Hill previously sought a direct appeal from the same trial court order, which was dismissed. See Case No. A21A1689 (July 2, 2021).